# United States Court of Appeals
# for the Fifth Circuit

—————————

No. 24-40718
Summary Calendar

—————————

United States Court of Appeals
Fifth Circuit

**FILED**
August 27, 2025

Lyle W. Cayce
Clerk

Edgal Iribhogbe,

*Petitioner—Appellant*,

*versus*

Shannon T. Clark,

*Respondent—Appellee*.

—————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CV-370

—————————————————————

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:[*]

Edgal Iribhogbe, federal prisoner # 66389-509, appeals the dismissal of his 28 U.S.C. § 2241 petition challenging his detention while awaiting trial for charges of conspiracy to commit wire fraud and conspiracy to commit money laundering. He has been convicted and sentenced on those charges. "Whether an appeal is moot is a jurisdictional matter, since it implicates the

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-40718

Article III requirement that there be a live case or controversy." *United States v. Heredia-Holguin*, 823 F.3d 337, 340 (5th Cir. 2016) (en banc) (internal quotation marks and citation omitted).  A petitioner's conviction moots his appeal of the dismissal of a § 2241 petition seeking release from pretrial detention. *Fassler v. United States*, 858 F.2d 1016, 1017-18 (5th Cir. 1988).  Thus, this appeal is now moot. *See id.*; *see also Yohey v. Collins*, 985 F.2d 222, 228-29 (5th Cir. 1993).

Accordingly, the appeal is DISMISSED for lack of jurisdiction.